Prob12A
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## WITHDRAW PETITION ON OFFENDER
## UNDER SUPERVISION
## August 6, 2015

Name of Offender: **John A Hudson**

Case Number: **2:08CR00048**

Name of Sentencing Judicial Officer: **Honorable Roger L. Hunt**

Date of Original Sentence: **June 24, 2009**

Original Offense: **Distribution of a Controlled Substance**

Original Sentence: **60 Months prison, followed by 60 Months TSR**

Date Supervision Commenced: **February 26, 2014**

Name of Assigned Judicial Officer: **Honorable Roger L. Hunt**

**The probation office wishes to withdraw the petition dated July 30, 2015.**

## U. S. PROBATION OFFICER ACTION SUMMARY

Per the Court's recommendation our office is withdrawing the petition dated July 30, 2015.

Respectfully submitted,

*m Hernandez Powell* Margarita Hernandez Powell
2015.08.06 14:16:40 -07'00'

_____
Margarita Hernandez Powell
United States Probation Officer

RE: John A Hudson

Prob12A
D/NV Form
Rev. June 2014

Approved:

_____    Robert G. Aquino
                              2015.08.06 14:18:30 -07'00'
Todd J. Fredlund
Supervisory United States Probation Officer

---

Please indicate your response below and return to the Probation Office:

☑   Court concurs

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

     August 6, 2015
_____
Date