RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for John A. Hudson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-048-RLH-RJJ |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| JOHN A. HUDSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for John A. Hudson, that the Revocation Hearing currently scheduled on February 22, 2016, at 1:30 pm, be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel needs additional time to receive the discovery in this case, review it and discuss it with the defendant. Further, additional time is necessary to see if new additional charges will be filed in this case, which will affect the outcome of this revocation hearing.

2. The defendant is out of custody under supervision and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 19th day of February, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Cristina D. Silva*<br>By_____<br>CRISTINA D. SILVA<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN A. HUDSON,<br><br>            Defendant. | Case No. 2:08-cr-048-RLH-RJJ<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, February 22, 2016 at 1:30 a.m., be vacated and continued to March 28, 2016 at   9:30   a .m. in Courtroom 6C.

   DATED this   19th   day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

3