**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:08-cr-048-RLH-RJJ |
| ) | |
| vs. ) | **O R D E R** |
| ) | (Motion for Sealed Documents–#84) |
| JOHN HUDSON ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Having reviewed and considered Defendant's **Motion to Provide Sealed Documents to Parties** (#84, filed June 3, 2016), the Government Response to Defendant's Motion (#85, filed June 13, 2016), and Defendant's Reply to Motion (#86, filed June 20, 2016), and for good cause appearing:

IT IS HEREBY ORDERED that the following documents be provided to counsel for the parties, for the purpose of appeal:

| | |
|---|---|
| Court Exhibit 1 | Request of Search of Offender |
| Court Exhibit 2 | Confidential Chronos |
| Court Exhibit 3 | Copy of Search G. Policy |
| Court Exhibit 4 | Copy of Supervision History. |

IT IS FURTHER ORDERED that the foregoing documents are provided to counsel only and copies thereof are to be provided to no one else without seeking and obtaining further order of the Court.

Dated: June 27, 2016.

_____
**Roger L. Hunt
United States District Judge**