**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN A. HUDSON,<br><br>　　　　　Defendant. | Case No. 2:08-cr-048-RLH-RJJ<br><br>**ORDER ENLARGING TIME FOR DEFENDANT TO SELF-SURRENDER** |

　　　IT IS HEREBY ORDERED that the time in which Defendant John A. Hudson is to self-surrender to the custody of the Bureau of Prisons at the designated facility be enlarged for a period of 14 days from Friday, August 12, 2016, to on or before noon on Friday, August 26, 2016.

　　　IT IS FURTHER ORDERED that the Defendant will surrender to the custody of the Bureau of Prisons at his designated facility **on or before noon on Friday, August 26, 2016.**

　　　IT IS FURTHER ORDERED that a copy of this Order shall be delivered to the United States Marshal forthwith.

　　　Dates this __10th__ day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE