# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-048-RLH-RJJ |
| Plaintiff, | |
| v. | **ORDER ENLARGING TIME FOR DEFENDANT TO SELF-SURRENDER** |
| JOHN A. HUDSON, | |
| Defendant. | |

Defendant John A. Hudson's currently scheduled date to self-surrender to the custody of the Bureau of Prisons at the designated facility is Friday, August 26, 2016.  ECF No. 98.

IT IS HEREBY ORDERED that the time in which Mr. Hudson is to self-surrender be extended to allow the Ninth Circuit Court of Appeals to adjudicate Mr. Hudson's pending, fully-briefed motion for bond pending appeal.

IT IS FURTHER ORDERED that, in the event the Ninth Circuit Court of Appeals denies Mr. Hudson's pending request for bond pending appeal in Case Number 16-10161, Mr. Hudson shall surrender to the custody of the Bureau of Prisons at his designated facility **within 14 days of the date the Ninth Circuit enters its order denying his bond request, and shall do so no later than noon on the 14th day.**

IT IS FURTHER ORDERED that a copy of this Order shall be delivered to the United States Marshal forthwith.

Dated this 23rd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE