RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for John A. Hudson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN A. HUDSON,<br><br>　　　　Defendant. | Case No.  2:08-cr-00048-JCM-RJJ-1<br><br>**STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE TO PERMIT NECESSARY TRAVEL** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Cristina Silva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A Ojeda, Assistant Federal Public Defender, counsel for John A. Hudson, that the conditions of his release be temporarily modified, and for the Defendant to be permitted to travel to St. Louis, MO for the purpose of visiting his sick uncle on December 1, 2016.

　　　IT IS FURTHER STIPULATED AND AGREED, that the Defendant be permitted to depart from McCarren International Airport on **December 1, 2016**, stay the night with his aunt and uncle in St. Louis, and depart for Las Vegas, Nevada, on **December 5, 2016**.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the Las Vegas Office of Probation be permitted to make any adjustments to the Defendant's conditions that would be required to facilitate his travel, stay and safe return to the District of Nevada.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that all remaining Conditions of Release would be automatically reinstated upon the Defendant's return to the jurisdiction, unless or until, further modified by this Court.

The Stipulation is entered into for the following reasons:

1. John A. Hudson, the Defendant in this case, has an uncle suffering from liver failure or some liver related condition and has been in and out of the hospital.

2. All arrangements are in place for the Defendant to travel to St. Louis, MO where he will meet and stay with his aunt and uncle from December 1, 2016 – December 5, 2016.

DATED this 17th day of November, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Heidi A Ojeda*<br>By_____<br>HEIDI A OJEDA,<br>Assistant Federal Public Defender | */s/ Cristina Silva*<br>By_____<br>CRISTINA SILVA,<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN A. HUDSON,<br><br>　　　　　Defendant. | Case No. 2:08-cr-048-RLH-RJJ<br><br>**ORDER** |

## ORDER

IT IS THEREFORE ORDERED that the Defendant be permitted to depart from McCarren International Airport on **December 1, 2016**, stay the night with his aunt and uncle in St. Louis, and depart for Las Vegas, Nevada, on **December 5, 2016**.

IT IS FURTHER ORDERED that the Las Vegas Office of Probation be permitted to make any adjustments to the Defendant's conditions that would be required to facilitate his travel, stay and safe return to the District of Nevada.

IT IS FURTHER ORDERED that all remaining Conditions of Release would be automatically reinstated upon the Defendant's return to the jurisdiction, unless or until, further modified by this Court.

DATED November 21, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE